UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN L. BRINKER, <br>     Plaintiff, <br> v. <br> NANCY A. BERRYHILL, <br>     Defendant. | Case No. 18-cv-05099-SI <br><br> **ORDER DENYING AS MOOT MOTION TO USE COURTHOUSE LIBRARY AND MOTION FOR EXTENSION OF DEADLINE** <br><br> Re: Dkt. Nos. 4, 5 |

Plaintiff Alan L. Brinker, appearing pro se, filed this Social Security appeal on August 20, 2018. Along with his complaint and motion for leave to proceed in forma pauperis, plaintiff filed two additional motions: one to use the courthouse library while his case is ongoing (Dkt. No. 4), and one for an extension of the Civil Local Rule 7-3 filing deadline (Dkt. No. 5). For the reasons explained below, the motions are DENIED AS MOOT.

First, no motion or permission of the Court is needed to use the Northern District of California library in San Francisco. The courthouse library located at 450 Golden Gate Avenue, 18th Floor, San Francisco, CA 94102, is open to litigants with an active case before the Court, Monday through Friday, 8:30 a.m. – 5:00 p.m. *See* https://www.cand.uscourts.gov/libraries.

The Clerk's Office has also published a handbook for pro se litigants, entitled *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*. The handbook is available free of charge from the Clerk's Office or can be downloaded online at: https://www.cand.uscourts.gov/prosehandbook. That handbook contains a directory of public law libraries within the Northern District of California.

Second, plaintiff's motion for an extension of time asks for five additional days "to file motion-related opposition or reply papers," but plaintiff has no opposition or reply papers

currently due. *See* Dkt. No. 5 at 1. The scheduling order in this case (Dkt. No. 7) states that plaintiff "shall serve and file a motion for summary judgment or for remand within 28 days of service of defendant's answer." Defendant's answer is not due until 90 days of receipt of service of the summons and complaint, and defendant has not yet received the summons and complaint. Thus, plaintiff's motion is not due for at least approximately four months, perhaps longer, depending on how long service on defendant takes.

The Court advises plaintiff that free information is available to pro se litigants from the Legal Help Desk, if needed. Help Desks are located at the San Francisco and Oakland Courthouses and assistance is available by appointment. The San Francisco Help Desk is located at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, CA 94102. The Oakland Help Desk is located at 1301 Clay Street, 4th Floor, Room 470S, Oakland, CA 94612. To make an appointment, call: (415) 782-8982. *See also* http://cand.uscourts.gov/helpcentersf.

**IT IS SO ORDERED**.

Dated: September 5, 2018

_____
SUSAN ILLSTON
United States District Judge