UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN L. BRINKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br><br>　　　　　Defendant. | Case No. 18-cv-05099-SI<br><br>**ORDER RE-SETTING DEADLINES** |

This is a Social Security appeal in which plaintiff Alan L. Brinker is representing himself pro se. The Procedural Order in this case states, "Plaintiff shall serve and file a motion for summary judgment or for remand within 28 days of service of defendant's answer." Docket No. 7. Defendant served her answer on December 20, 2018, along with a certificate of service. Docket Nos. 17, 18, 19. Plaintiff has not filed his motion for summary judgment or for remand.

Last week, the Court contacted plaintiff about his missed deadline, and he stated that he has not received any documents from defendant and that he has been having issues with the postal service. On January 25, 2019, defendant re-served documents via U.S. mail. Docket No. 20. On January 28, 2019, defendant filed a Supplemental Transcript of the Administrative Record, because the administrative law judge decision that defendant originally filed was incomplete. Docket No. 21. Plaintiff also recently called the Court and said that he and defendant have spoken and are in agreement on several things, but no party has filed a stipulation or any other document to update the Court on this case's status.

In light of the incomplete administrative record and the fact that plaintiff did not receive the documents from defendant in December, the Court hereby RE-SETS the deadlines in this case as follows:

**Plaintiff shall serve and file a motion for summary judgment or for remand no later than February 27, 2019.**

Defendant shall serve and file any opposition or counter-motion for summary judgment **no later than March 27, 2019.**

Plaintiff may serve and file a reply **no later than April 10, 2019.**

If plaintiff continues to have problems receiving mailings from defendant or from the Court, plaintiff shall contact the Court **before his filing deadline passes** to inform the Court of the issue.

**IT IS SO ORDERED**.

Dated: January 30, 2019

SUSAN ILLSTON
United States District Judge