UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BRINKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br><br>　　　　　Defendant. | Case No. 18-cv-05099-SI<br><br>**ORDER EXTENDING DEADLINES AND RE: REQUEST FOR SUBPOENAS**<br><br>Re: Dkt. Nos. 24, 26, 27 |

Plaintiff Alan Brinker is representing himself pro se in this Social Security appeal. His motion for summary judgment or remand was originally due in January 2019. When plaintiff missed his filing deadline, the Court contacted him, and he stated that he had not received any documents from defendant and that he was having issues with the postal service. Accordingly, the Court re-set the deadlines, making plaintiff's motion due February 27, 2019. Docket No. 23.

Plaintiff has since filed several documents: a notice of change of address; a letter explaining why he cannot meet his filing deadline; a stipulation requesting a ninety-day extension of the filing deadlines; and a request for subpoenas. Docket Nos. 24, 25, 26, 27.

**I.　Extension of Deadlines**

The Court has reviewed plaintiff's letter and the stipulation and GRANTS the request for a ninety-day extension of the filing deadlines. **Plaintiff shall serve and file a motion for summary judgment or for remand no later than May 28, 2019**. Defendant shall serve and file any opposition or counter-motion for summary judgment **no later than June 25, 2019.** Plaintiff may file and serve a reply **no later than July 9, 2019.**

The Court cautions that a ninety-day extension of the deadlines is a significant extension of

time, and the Court will not be inclined to grant additional extensions in this case.

## II. Request for Subpoenas

Plaintiff also filed a letter dated February 19, 2019, addressed to the Clerk of Court and requesting: "Please send me 6 subpoenas in case #3:18-cv-5099-SI in the enclosed envelope." Docket No. 24. A subpoena is not required in order for plaintiff to request documents from a party to this lawsuit. If plaintiff is attempting to obtain documents from persons who are not parties, plaintiff may get a blank subpoena form from the Clerk's Office or online at www.cand.uscourts.gov/civilforms for any production of documents or inspection for cases pending in the Northern District of California.

## III. Help for Pro Se Litigants

The Court advises that free information is available to pro se litigants from the Legal Help Desk and the Federal Pro Se Program, if needed. Help Desks are located at the San Francisco and Oakland Courthouses and assistance is available by appointment. To make an appointment with the San Francisco or Oakland Help Desk, call: (415) 782-8982. The Federal Pro Se Program is located at the San Jose Courthouse. To make an appointment with the Federal Pro Se Program in San Jose, call: (408) 297-1480. *See also* http://cand.uscourts.gov/helpcentersj.

The Clerk's Office also has a handbook for pro se litigants, entitled *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*. The handbook is available free of charge from the Clerk's Office or can be downloaded online at: https://www.cand.uscourts.gov/prosehandbook.

**IT IS SO ORDERED**.

Dated: February 27, 2019

SUSAN ILLSTON
United States District Judge