UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BRINKER,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | Case No. 18-cv-05099-SI<br><br>**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR USE OF SAN JOSE COURTHOUSE LIBRARY**<br><br>Re: Dkt. No. 37 |

On July 14, 2019, plaintiff Alan Brinker, who is representing himself *pro se* in this Social Security appeal, filed an administrative motion for use of the library at the United States District Court in San Jose. Dkt. No. 37. Plaintiff states that there are books he needs that are not available from the Santa Clara County Law Library, which is the only other library he is able to physically access with his disabilities. Plaintiff does not identify which books he hopes to access at the San Jose courthouse.

A search of the catalog of the Santa Clara County Law Library reveals that library houses numerous materials related to Social Security law that are currently available. *See* http://sccll.org/ (last visited July 17, 2019). Meanwhile, the Court is informed by the courthouse librarians that the San Jose courthouse has only a few Social Security titles, and that those are frequently checked out. Moreover, due to the location of the San Jose courthouse library within a secured area of the courthouse, the library is generally not open to the public.

For these reasons, the Court will DENY plaintiff's motion for an order allowing access to the San Jose courthouse library. As an accommodation, if plaintiff identifies the specific pages of a specific book that plaintiff needs, and that book is only located at the courthouse library, the Court will consider copying those pages (maximum: 15 pages) and mailing them to plaintiff. Plaintiff

should file this request with the Court as soon as possible.

**Plaintiff's motion for summary judgment remains due by July 29, 2019.** As the Court previously notified him, if plaintiff does not file his motion for summary judgment by the deadline, he risks having his case dismissed for failure to prosecute.

**IT IS SO ORDERED**.

Dated: July 17, 2019

_____
SUSAN ILLSTON
United States District Judge