UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BRINKER,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | Case No. 18-cv-05099-SI<br><br>**ORDER DENYING STIPULATION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 43 |

The parties have filed a stipulation for plaintiff to have a 31-day extension of time to file his motion for summary judgment. Dkt. No. 43. The stipulation is **DENIED**.

As the Court stated in its August 9, 2019 Order Granting Final Extension of Time and Re-Setting Deadlines, *see* Dkt. No. 42, plaintiff has already sought and received numerous, lengthy extensions of time in this case. As previously ordered, *see id.* at 2, **if plaintiff does not file his motion for summary judgment by September 27, 2019, the Court will dismiss this case for failure to prosecute.**

**IT IS SO ORDERED**.

Dated: September 24, 2019

_____
SUSAN ILLSTON
United States District Judge