UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BRINKER,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | Case No. 18-cv-05099-SI<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO ENLARGE TIME AND ADMINISTRATIVELY CLOSING CASE**<br><br>Re: Dkt. No. 45 |

Plaintiff Alan Brinker, who is representing himself pro se in this Social Security case, has filed an administrative motion to enlarge the time for him to file his motion for summary judgment. Dkt. No. 45. Plaintiff's motion for summary judgment was originally due in January 2019, and the Court has since granted plaintiff a number of extensions of time to file his motion. *See* Dkt. Nos. 28, 32, 36. Most recently, the Court set a final deadline of September 27, 2019, for plaintiff to file his motion or else his case would be closed for failure to prosecute. Dkt. Nos. 42, 44.

The Court has reviewed plaintiff's most recent administrative motion for an enlargement of time. The Court does not wish to unfairly burden plaintiff. It is apparent from the contents of his motion that a number of issues, medical and otherwise, require his attention and are taking away from his ability to prosecute this case at this time. Plaintiff has asked "that the Court allow me to go forward with the case a month at a time until I am able to do more significant work on the case." Dkt. No. 45 at 6.

Accordingly, the Court finds it appropriate to STAY further action and ADMINISTRATIVELY CLOSE this case. This will allow plaintiff the time he needs to gather documents, conduct research, and write his motion, while also allowing the Court to manage its

docket.[1] Once plaintiff is ready to file his motion for summary judgment, he may contact the Court to re-open this case.

**IT IS SO ORDERED**.

Dated: September 26, 2019

_____
SUSAN ILLSTON
United States District Judge

---

[1] For the reasons stated in its prior orders, *see* Dkt. Nos. 36, 38, the Court will not at this time order further production of records or order library access. Rather, by administratively closing the case, plaintiff is essentially receiving an indefinite extension of time to allow him to search for any additional materials he may need.

2